FILED
2016 Dec-27 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Consumers Skctions Group
   InCorp Services
   2094 Mytlewood Dr.
   Montgomery AL 36111

   9590 9402 2454 6249 9585 69

2. Art   7016 2140 0001 0474 7505

**COMPLETE THIS SECTION ON DELIVERY**

X _Dede Harbin_  Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name): Dede Harbin    C. Date of Delivery: 12/21/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #

9590 9402 2454 6249 9585 69

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Norther District of Alabama
District Court Clerk
1729 5th Ave North
Birmingham AL 35203

cv-16-HS-2031-S