FILED
2017 Jan-24 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



CERTIFIED MAIL

7016 1370 0000 5424 7829

Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Jonathan C. Frank
Jonathan C. Frank & Associates, PLLC
2605 Capitol Street
Houston, TX 77003

JTIFIED
1/24

NIXIE      773    DE 1         0001/12/17
            RETURN TO SENDER
               UNCLAIMED
           UNABLE TO FORWARD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jonathan C. Frank & Assoc
   2605 Capitol Street
   Houston TX 77003

   9590 9402 2454 6249 9585 76

2. Article Number (Transfer from service label)

   7016 1370 0000 5424 7829

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

SECURITY
JAN 24 2017
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA