# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN CAIN, and all those similarly situated,** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> v. ) </br> ) </br> **CONSUMERS SOLUTIONS GROUP, LLC, et al** ) </br> ) </br> **Defendants.** ) | Case No.: 2:16-cv-02031-VEH |

## PLAINTIFFS' APPLICATION FOR DEFAULT

COMES NOW Plaintiff Adrian Cain, by and through counsel, in the above styled cause, and respectfully requests the Clerk to enter a default against Defendant Consumer Solutions Group, LLC ("CSG" or "Defendant") for failure to answer or otherwise defend this action. In support thereof, Plaintiff states and shows as follows:

1.  Defendant CSG was served with Plaintiff's Complaint on December 21, 2016. [*See* Doc. 6, Return of Service, Consumer Solutions Group, LLC; Affidavit of Wesley L. Phillips].

2.  A responsive pleading was due to be filed by Defendant CSG by January 11, 2017. *See Fed. R. Civ. P.*, Rule 12(a)(1)(A)(i).

3.  More than twenty-one (21) days have passed and Defendant CSG has not

requested or been granted an extension of time to respond. [Affidavit of Wesley L. Phillips].

4. Defendant CSG has failed and refused to defend this action.

5. Defendant CSG is a Georgia registered company and is not an incompetent or an infant. [Affidavit of Wesley L. Phillips].

6. Plaintiff requests the Clerk to enter a default judgment against Defendant CSG for failing to respond to Plaintiff's Complaint in accordance with Federal Rule Civil Procedure, Rule 55(a).

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Clerk to enter a default in favor of Plaintiff and against Defendant Consumer Solutions Group, LLC.

Respectfully submitted this  24th  day of  January , 2017.

           s/Wesley L. Phillips
           Wesley L. Phillips (PHI053)
           Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: (205) 383-3585
Facsimile:  (800) 536-0385
Email: wlp@wphillipslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on this __24th__ day of __January__, 2017, with the Clerk of the Court using the CM/ECF system. A copy of this application is mailed to the following:

Consumers Solutions Group, LLC
Incorp Services Inc
2094 Myrtlewood Drive
Montgomery, Alabama 36111