**FILED**
2017 Jan-31 PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dede Harbin_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  Date of Delivery<br>Dede Harbin |
| 1. Article Addressed to:<br><br>**Consumers Solutions Group, LLC**<br>**Incorp Services Inc**<br>**2094 Myrtlewood Drive**<br>**Montgomery, Alabama 36111**<br><br>16-CV-2031-VEH | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0003 4492 4516 |

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

AL 320
30 JAN '17
PM 2 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203