# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN CAIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 2:16-cv-02031-ACA** |
| ) | |
| **CONSUMERS SOLUTIONS GROUP,** ) | |
| **LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

COME NOW, Plaintiff and Defendant Consumer Solutions Group, LLC, and hereby inform the Court that a settlement has been reached in the above matter. The parties are finalizing the terms of the settlement and anticipate that they will be in a position to file a stipulation of dismissal within 45 days. The parties respectfully request the Court to stay the deadlines set in this matter while the parties finalize the settlement of this matter.

Respectfully submitted this  13th  day of  December , 2018.

                                                  s/Wesley L. Phillips
                                                Wesley L. Phillips
                                                Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: (205) 383-3585
Facsimile:  (800) 536-0385
Email: wlp@wphillipslaw.com

# CERTIFICATE OF SERVICE

     I certify that I have served a copy of the foregoing on all parties and/or attorneys of record by electronic filing with CM/ECF system this   13th   day of December  , 2018.

Christie D. Knowles
KNOWLES & SULLIVAN, LLC
400 Broad Street
Gadsden, AL 35901

Gregory R. Neidle
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025

      s/Wesley L. Phillips
     OF COUNSEL