# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN CAIN,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 2:16-cv-2031-ACA<br>} |
| **CONSUMERS SOLUTIONS GROUP INC. et al.,** | }<br>}<br>} |
| Defendants. | |

## ORDER

In accordance with the Joint Stipulation of Dismissal (Doc. 52), filed January 18, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

Motion for Default Judgment (Doc. 45) is TERMED as MOOT.

**DONE** and **ORDERED** this January 21, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE